UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
JAMIEL CROFT,

                                    *Plaintiff*,          19-CV-0567

      -against-                                           LEK/CFH

VIGAR QUDSI,
                                    *Defendant*.

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the Plaintiff Jamiel Croft, the attorney for Plaintiff Jamiel Croft, and the attorney for Defendant Vigar Qudsi (hereinafter "the Parties") that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, by their respective attorneys and under Rule 41 (a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice and Plaintiff and Defendant agree that each party shall bear its own costs and attorneys' fees in connection with this action.

This stipulation is without prejudice to the Plaintiff's prosecution of a related state law action in the New York State Court of Claims, *Croft v. State of New York*, Claim Number 129543.

WHEREFORE, the Parties respectfully request that this Court issue the proposed Order of Dismissal, attached hereto.

Respectfully submitted,

Dated: October 2, 2020

By: _____
Elmer R. Keach, Esq.
Law Offices of Elmer Robert Keach, III, P.C.
One Pine West Plaza - Suite 109
Albany, NY 12205
Telephone : (518) 434-1718

Dated: October 5, 2020

By: _____
John F. Moore
Assistant Attorney General, of Counsel
The Capitol
Albany, NY 12224
Telephone: (518) 776-2293
Fax: (518) 915-7738

## **ORDER OF DISMISSAL**

This matter coming to be heard on the Parties' Stipulation of Voluntary Dismissal, the Court having reviewed the Stipulation, and being duly advised, it is HEREBY ORDERED THAT:

1. The above-captioned matter is dismissed with prejudice; and
2. Each party shall bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED**

_____
Lawrence E. Kahn
Senior U.S. District Judge

Dated: October 09, 2020